UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aircraft Mechanics Fraternal Association Local 33, Jim Atkinson, in his individual capacity as member of Local 33, and Steve MacFarlane, in his individual capacity as member of Local 33 and in his official capacity as President of Local 33

Plaintiffs,

Civil No. 00-2135 (MJD/JLL)

v.

**ORDER**

Aircraft Mechanics Fraternal Association, and O.V. Delle-Femine, individually and in his capacity as National Director of AMFA,

Defendants.

---

Richard A. Miller, Maurice W. O'Brien, Kelly A. Jeanetta
On behalf of Plaintiffs

---

This matter is before the Court on Plaintiff's motion for a temporary restraining order and preliminary injunction pursuant to Fed. R. Civ. P. 65 (b). This Court has reviewed all the pleadings and documents submitted by Plaintiff.

Plaintiff brings this motion in an effort to enjoin Defendants from nullifying the mail-ballot voting and constitutional amendment referendum taking place within the Aircraft Mechanics Fraternal Association ("AMFA"). Defendant is the national office of AMFA, representing aircraft mechanics throughout the United States. Plaintiff is the local union of the AMFA.

SEP 22 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Based on the foregoing and all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion for a Temporary Restraining Order is GRANTED.

This Court orders:

1. The parties are ordered to maintain the status quo. Defendants are restrained and enjoined from in any manner or by any means impeding, interfering with, canceling or nullifying the referendum and attendant mail-ballot voting that commenced September 5, 2000.

2. This matter is continued until Monday, September 25 at 9:00am, at which time the parties will appear before this Court.

Dated: September 22, 2000

Michael J. Davis
United States District Judge