UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aircraft Mechanics Fraternal Association, Local 33, Jim Atkinson, in his individual capacity as member of Local 33, and Steve MacFarlane, in his individual capacity as member of Local 33 and in his official capacity as President of Local 33, | **STIPULATION AND ORDER FOR DISMISSAL** |
| Plaintiffs, | File No. 00-CV-2185 MJD/JGL |
| vs. | |
| Aircraft Mechanics Fraternal Association, and O.V. Delle-Femine, individually and in his capacity as National Director of AMFA, | |
| Defendants. | |

The above-entitled matter having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the undersigned parties hereto, through their respective counsel of record, that the above-entitled matter is dismissed on the merits and without award of costs to any party.

Upon filing this Stipulation the Clerk is hereby authorized to dismiss the case on the record.

Dated: 10/19, 2000.

Richard A. Miller (#73416)
Maurice W. O'Brien (#130229)
Kelly A. Jeanetta (#277204)

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MILLER-O'BRIEN
1208 Plymouth Building
12 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 333-5831

ATTORNEYS FOR PLAINTIFFS

Dated: October 19, 2000.

James V. Roth (#93774)

MESSERLI & KRAMER P.A.
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 672-3783

ATTORNEYS FOR DEFENDANTS

**ORDER**

**IT IS SO ORDERED.**

BY THE COURT:

Dated: 10-30, 2000.

By ______________________
Judge of U.S. District Court

467183_1